# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| IN RE:  VINOD BHALLA<br>         VIMAL BHALLA | Civil Action No. WMN-02-2459<br>Case No. 01-5-4836-SD<br>(Chapter 11) |
| ACT Health Group, et al | Adversary Proceeding 01-5499-ESD |
| v. |  |
| VINOD BHALLA |  |

## ORDER GRANTING
## MOTION TO EXTEND TIME FOR
## FILING OF APPELLATE BRIEF, OR
## IN THE ALTERNATIVE, FOR FILING OF SETTLEMENT DOCUMENTS

Upon consideration of the Motion to Extend Time for Filing of Appellate Brief, or in the Alternative, for Filing of Settlement Documents (the "Motion"), and any response thereto, it is this 23rd day of October, 2002 by the United States District Court for the District of Maryland, Baltimore Division, HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the time for the Appellant to file its brief or alternatively its copy of the motion for settlement is set for November 4, 2002.

_____
United States District Court

