IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2003 FEB 26 P 3:05
AT BALTIMORE
DEPUTY

26

In re: VINOD BHALLA                 *   Case No. 01-5-4836-SD
                                    *       (Chapter 11)
*   *   *   *   *   *   *   *   *   *   *   *   *   *

VINOD BHALLA                        *
                                    *
v.                                  *   Civil Action No. WMN-02-2459
                                    *
ACT HEALTH GROUP CORP.,             *       (Adversary Action No.
et al.                              *           01-5499-ESD)

ORDER

Debtor Vinod Bhalla filed this appeal from an order of the Bankruptcy Court in which that Court held that certain judgments entered against him were nondischargeable. On November 4, 2002, Debtor/Appellant filed a copy of a "Motion for Settlement of Controversy Pursuant to Fed. R. Bankr. P. 9019," which had been filed in the Bankruptcy Court. The motion informs this Court that this adversarial proceeding had been resolved.

Accordingly, IT IS this 25th day of February, 2003, by the United States District Court for the District of Maryland,
ORDERED:

1.   That this appeal is hereby dismissed;

2.   That Civil Action No. WMN-02-2459 is hereby CLOSED;

3.   That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge